**Dismiss and Opinion Filed April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01716-CV

**ELIZABETH EHRMAN, Appellant**
**V.**
**MCFADDIN FIELD DEVELOPMENT, II, LLC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06351**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Bridges

Appellant's brief in this case is overdue. By postcard dated December 10, 2013, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

121716F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ELIZABETH EHRMAN, Appellant

No. 05-12-01716-CV      V.

MCFADDIN FIELD DEVELOPMENT, II, LLC., Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-06351.
Opinion delivered by Justice Bridges.
Justices O'Neill and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MCFADDIN FIELD DEVELOPMENT, II, LLC. recover its costs of this appeal from appellant ELIZABETH EHRMAN.

Judgment entered April 3, 2014.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

–2–